In re Elliott, George; Ginn, O’Neil; Lopez, Isidor; Nealy, David; Morris, Timothy; Henderson, Norris; Smith, Stanley A.; Yan-cy, Checo; Smith, Edward; Bosworth, Gerald; Sermon, Danny; Witherspoon, George; Sullivan, Lue; Carter, Beryl; Bradford, Gordon; — Plaintiff(s); applying for writ of certio-rari and/or review; to the Court of Appeal, First Circuit, No. CA92-0773; Parish of East Baton Rouge, 19th Judicial District Court, Div. “K”, No. 372, 732.
Denied.
*1035 CALOGERO, C.J., and DENNIS, J., would grant the writ.
ORTIQUE, J., not on panel.